Certificate Number: 05781-GAN-DE-041507819

Bankruptcy Case Number: 26-59088

05781-GAN-DE-041507819

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 30, 2026, at 6:30 o'clock PM PDT, Julian Santiaago completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: September 30, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President